# EXHIBIT A

1

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
vs.                          )   Criminal Action
                             )
ELIJAH MAJAK BUOI,           )   No. 20-10130-FDS
            Defendant        )
                             )
                             )
                             )


BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV



        STATUS CONFERENCE CONDUCTED BY ZOOM

    John Joseph Moakley United States Courthouse
                 Courtroom No. 10
                 1 Courthouse Way
                 Boston, MA 02210

                  December 8, 2021
                     3:15 p.m.
```

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210
E-mail: vaohara@gmail.com

```
                                                                    2

 1   APPEARANCES:

 2   For The United States:

 3       United States Attorney's Office, by MACKENZIE A. QUEENIN,
     ASSISTANT UNITED STATES ATTORNEY, DELLA SENTILLES, ASSISTANT
 4   UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200, Boston,
     Massachusetts 02110;
 5
     For the Defendant:
 6
         BRYAN PATRICK OWENS, ESQ., 405 Main Street, Suite 700,
 7   Houston, Texas 77002.

 8   ALSO PRESENT:  Elijah Buoi

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | THE CLERK: Court is now in session in the matter |
| 3 | of United States vs. Elijah Buoi, Matter Number 20-10130. |
| 4 | Participants are reminded that photographing, |
| 5 | recording or rebroadcasting of this hearing is prohibited |
| 6 | and may result in sanctions. |
| 7 | Would counsel please identify themselves for the |
| 8 | record, starting with the government. |
| 9 | MS. QUEENIN: Good afternoon, your Honor, |
| 03:17PM 10 | Mackenzie Queenin and Della Sentilles for DOJ. |
| 11 | THE COURT: Good afternoon. |
| 12 | MR. OWENS: Good afternoon, Bryan Owens, and I |
| 13 | represent Mr. Buoi. |
| 14 | THE COURT: Good afternoon. All right. This is a |
| 15 | status conference in this case. We're proceeding by video |
| 16 | conference. The trial is presently set for February 1st. |
| 17 | There was some issue about the availability of counsel, but |
| 18 | it's still February 1st. Where are we on that topic, and is |
| 19 | there anything else we need to discuss? I'll start with the |
| 03:17PM 20 | defense. Mr. Owens. |
| 21 | MR. OWENS: Yes, I'm sorry, thank you, your Honor. |
| 22 | Good afternoon. I changed this meeting to a video meeting |
| 23 | or asked Matthew to do that yesterday because present with |
| 24 | us is Mr. Buoi. He has related to me just this week that he |
| 25 | was entertaining the notion of hiring another lawyer. |

4

1   Now, I should say we've had some pretty profound
2   disagreements about the way in which this case should be
3   defended. He is demanding I put a defense which I have some
4   moral objections to, so he has asked the opportunity to
5   address the Court, and he's on the Zoom call with us here,
6   your Honor.
7   THE COURT: Here's what I'm going to do with that.
8   I don't like being in a position of being asked to influence
9   a defendant's choice of lawyer in one way or another. I
03:18PM 10   just think it doesn't look right. I'm going to be presiding
11   over the trial of this case, and sometimes conflicts between
12   defendants and their counsel are a result of
13   misunderstandings or what have you and sometimes there's
14   something deeper.
15   What I'm going to do is I'm going to refer this to
16   the magistrate judge for further proceedings. Who is it
17   assigned to? Does Judge Hennessy still have it?
18   MS. QUEENIN: I believe so, your Honor,
19   Judge Hennessy was the only Judge who would have touched
03:19PM 20   this at the magistrate level.
21   THE COURT: I'm going to assign it to Magistrate
22   Judge Hennessy, let him address this as, you know, he thinks
23   is appropriate. I guess I'll just leave it at that. We're
24   two months away from the trial. I might or might not grant
25   a continuance depending on how this all plays out, but I

5

1   just think it's best if that matter was addressed by a
2   judicial officer other than myself, so that's what I'm going
3   to do, and I think it's probably best that we hold off doing
4   anything else in the meantime unless there's something the
5   government wants to take up.
6           MS. QUEENIN: No, your Honor, I just note for the
7   record I believe the last time we were before your Honor,
8   the government had indicated that we were ready to go
9   forward on February 1st in light of a different -- another
03:20PM 10  trial that I had being moved, and I would just also note for
11  the record that there are several substantial deadlines set
12  for January 3rd, which my co-counsel and I have been
13  preparing for in light of the holiday, and so to the extent
14  your Honor can indicate in the memorandum to Judge Hennessy
15  that there is a little bit of time sensitivity, that would
16  be wonderful.
17          THE COURT: I'm impressed you think I'm going to
18  write him a memorandum instead of picking up the phone and
19  calling him, but I will let him know. In the meantime, I
03:21PM 20  want to put this down for a status conference in about five,
21  six, seven days, somewhere in that time frame just to see
22  where we are.
23          Matt, do you have a date?
24          THE CLERK: How about Monday the 13th at 3:20?
25          THE COURT: Monday the 13th at 3:20, and let's do

6

1   that by Zoom as well.  Obviously, I have no idea how this is
2   going to play out, I don't know what Judge Hennessy -- I've
3   got to write my memo to him, which is going to take awhile,
4   but we can push that back if it isn't resolved.  I just want
5   to circle back, you know, as quickly as we can under the
6   circumstances.
7           You know, if I'm going to move deadlines, I want to
8   move them quickly, and if I'm not going to move deadlines,
9   we need to know that as well.
03:22PM 10          All right.  So let's put this on pause for now.  I
11  will call him and we'll see how all this develops.
12          MS. QUEENIN:  Thank you, your Honor.
13          MR. OWENS:  Thank you, your Honor.  Thank you so
14  much.
15          THE COURT:  Thank you.
16          (Whereupon, the hearing was adjourned at
17  3:21 p.m.)

7

# CERTIFICATE

UNITED STATES DISTRICT COURT )

DISTRICT OF MASSACHUSETTS ) ss.

CITY OF BOSTON )

    I do hereby certify that the foregoing transcript, Pages 1 through 7 inclusive, was recorded by me stenographically at the time and place aforesaid in Criminal Action No. 20-10130-FDS, UNITED STATES of AMERICA VS. ELIJAH BUOI and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

    Dated this July 18, 2022.

        s/s Valerie A. O'Hara

        _____
        VALERIE A. O'HARA
        OFFICIAL COURT REPORTER