# EXHIBIT B

# EXHIBIT B

SEALED TRANSCRIPT

1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
 2

 3  UNITED STATES OF AMERICA,      )
                        Plaintiff, )
 4                                 )
    vs.                            ) No. 20-CR-10130-FDS
 5                                 )
    ELIJAH MAJAK BUOI,             )
 6                      Defendant. )

 7

 8

 9

10
         BEFORE THE HONORABLE DAVID H. HENNESSY
11            UNITED STATES MAGISTRATE JUDGE
      SEALED HEARING RE: ISSUE OF COUNSEL - BY VIDEOCONFERENCE
12

13

14

15              United States Courthouse
                   595 Main Street
16           Worcester, Massachusetts 02210

17
                    December 13, 2021
18                     2:15 p.m.

19

20
              Kathleen Mullen Silva, RPR, CRR
21                Official Court Reporter
         John Joseph Moakley United States Courthouse
22            One Courthouse Way, Room 7209
                Boston, Massachusetts 02210
23           E-mail: kathysilva@verizon.net

24    Mechanical Steno - Computer-Aided Transcript

25
```

SEALED TRANSCRIPT

JA78

2

SEALED TRANSCRIPT

```
 1  APPEARANCES:
 2
 3        United States Attorney's Office
 4        AUSA Mackenzie A. Queenin
 5        John Joseph Moakley U.S. Courthouse
 6        Boston, Massachusetts 02210
 7        617.748.3338
 8        and
 9        United States Department of Justice
10        Della G. Sentilles, Esq.
11        1400 New York Avenue NW, 3rd Floor
12        Washington, DC 20005
13        202.445.8793
14        for the Government
15
16        Bryan P. Owens, Esq.
17        100 State Street, 9th Floor
18        Boston, Massachusetts 02109
19        617.992.1732
20        for the Defendant
21
22
23
24
25
```

SEALED TRANSCRIPT

JA79

SEALED TRANSCRIPT

3

```
 1                     P R O C E E D I N G S
 2          THE CLERK:  U.S. District Court for the District of
 3  Massachusetts is now in session, the Honorable David Hennessy
 4  presiding.  Today is December 13, 2021.  We're on the record in
 5  the matter of United States v. Elijah Buoi, Docket 20-CR-10130.
 6          Will counsel please identify themselves for the
 7  record.
 8          MS. QUEENIN:  Good afternoon, Your Honor.  Mackenzie
 9  Queenin on behalf of the United States and I'm here with my
10  colleague Delia Sentilles from the DOJ fraud section.
11          THE COURT:  Good afternoon.
12          MR. OWENS:  Good afternoon, Your Honor.  Bryan Owens
13  representing Elijah Buoi.  I apologize for being late.  I had
14  some Internet issues.
15          THE COURT:  No problem, Mr. Owens.  Good afternoon.
16          MR. OWENS:  Good afternoon.  Thank you.
17          THE CLERK:  As a reminder, persons granted remote
18  access to proceedings are reminded of the general prohibition
19  against photographing, recording, and rebroadcasting of court
20  proceedings.  Violations of these prohibitions may result in
21  sanctions, including removal of court-issued media credentials,
22  restricted entry to future hearings, or denial of entry to
23  further hearings and such other sanctions, including for
24  contempt of court, as may be deemed appropriate or necessary by
25  the court.
```

SEALED TRANSCRIPT

4

1    THE COURT:  Mr. Buoi, can you see and hear me?
2    THE DEFENDANT:  Yes, I do, Your Honor.
3    THE COURT:  Okay.  This is a matter that was referred
4  to me by Judge Saylor to explore issues concerning problems
5  with counsel.  The federal courthouse in which I sit in
6  Worcester is open.  You, your lawyer and the prosecutors are
7  all appearing before me by video conference, and I note that
8  the clerk provided access numbers to counsel for use by family
9  members and others.  We're permitting members of the public to
10 have access to this hearing, at least insofar as I keep it an
11 open hearing.  I remind everyone that no member of the public
12 may record these proceedings and doing so may result in
13 sanctions.
14    Mr. Buoi, if at any time during this proceeding you
15 want to speak privately with Mr. Owens, let me know and I'll
16 send you both to a breakout room so that you can do so.
17 Ordinarily, for this hearing you and everyone else would appear
18 before me physically in court but because of the coronavirus
19 pandemic and the Delta variant and now the Omicron variant,
20 we're conducting proceedings such as this one by video
21 conference.  We do so to protect the health and safety of
22 everyone, including yourself.  And at the same time we want to
23 have hearings like this go forward as promptly as possible.  So
24 we're giving defendants who agree to appear by video the option
25 to do so.  It's voluntary.  You don't have to agree to appear

SEALED TRANSCRIPT

5

1  by video. I want to ask you a few questions to make sure that
2  you understand your right and to determine if you're prepared
3  to waive it.
4          Do you understand that you have the right to appear
5  physically before me in court?
6          THE DEFENDANT: Yes, I do.
7          THE COURT: Have you discussed the fact that you're
8  appearing by video conference with Mr. Owens as your lawyer?
9          THE DEFENDANT: Yes, initially, but now since the
10 pandemic, it has a little bit subsided. So I would rather take
11 a look at that and be willing to appear in person. But, again,
12 I thought we would be having a hearing in Boston, or is it for
13 this particular situation?
14         THE COURT: Just for this particular situation.
15         THE DEFENDANT: Okay.
16         THE COURT: Whether this particular situation or
17 anything, you don't have to waive your right to appear in
18 person. But have you discussed the fact that you are appearing
19 in person for this hearing with Mr. Owens?
20         THE DEFENDANT: Not for this hearing, but for future
21 hearings in case, if the process of COVID-19 has -- cases have
22 gone down a little bit and are a bit safer, yes.
23         THE COURT: Do you want an opportunity to speak to
24 Mr. Owens now about this hearing?
25         THE DEFENDANT: No. Let's continue.

Case 1:24-cv-13133-FDS   Document 1-2   Filed 12/20/24   Page 7 of 18
Case: 22-1518   Document: 00117946912   Page: 87   Date Filed: 11/22/2022   Entry ID: 6534025

SEALED TRANSCRIPT

6

```
 1          THE COURT:  All right.  Do you understand also that if
 2   at any time during this proceeding you want to speak privately
 3   to Mr. Owens, let me know, and I'll send you and him to a
 4   breakout room so you can speak privately?
 5          THE DEFENDANT:  Absolutely.  I do understand that.
 6          THE COURT:  Finally, do you understand the Federal
 7   Courthouse in Worcester, the one in which I sit, is open and
 8   even though you and others are appearing before me by video
 9   conference, this is still a public proceeding?
10          THE DEFENDANT:  Absolutely I do.
11          THE COURT:  Do you agree to waive your right to appear
12   in person and do you agree to appear instead by video
13   conference?
14          THE DEFENDANT:  Based on the situation that has
15   compelled us to be using this tool, we can still stick with
16   this tool until it varies.  Anything we can change, we will let
17   the parties involved understand that and know.
18          THE COURT:  Okay.  So just for the clarity of the
19   record, do you agree to waive your right to appear in person --
20   excuse me -- appear by video conference and not in person, or
21   do you want me to do this hearing in person?
22          THE DEFENDANT:  No, let's do it in video now.  Let's
23   go forward.  Thank you.
24          THE COURT:  Okay.  Mr. Owens, any reason I should not
25   accept Mr. Buoi's waiver?
```

Case 1:24-cv-13133-FDS   Document 1-2   Filed 12/20/24   Page 8 of 18
Case: 22-1518   Document: 00117946912   Page: 88   Date Filed: 11/22/2022   Entry ID: 6534025

7

SEALED TRANSCRIPT

```
 1           MR. OWENS:  No reason.
 2           THE COURT:  And Ms. Queenin or Ms. Sentilles, any
 3   objection?
 4           MS. QUEENIN:  No, Your Honor.  Thank you.
 5           THE COURT:  All right.  I find the defendant has
 6   knowingly and voluntarily waived his right to appear physically
 7   at this hearing.  I find that requiring the defendant to be
 8   present might jeopardize the health and safety of those who
 9   would be present with him during the court proceeding.  I find
10   that delay would seriously jeopardize the interests of justice,
11   and I find that providing public access to this proceeding is
12   reasonable under the circumstances of the pandemic.  I,
13   therefore, accept the waiver and we will proceed to this
14   hearing.
15           So as I indicated to Mr. Buoi, this was referred to me
16   by Chief Judge Saylor.  The issue is -- it's to address issues
17   with counsel.
18           Ms. Queenin and Ms. Sentilles, what I think I would
19   suggest is that I conduct the proceeding just with Mr. Owens
20   and Mr. Buoi, and I know that there's a hearing later today in
21   front of Judge Saylor and the outcome of whatever happens here
22   can be communicated that way.  All right?  So I'll ask you both
23   if you could just excuse yourself from the hearing and I'll
24   continue with Mr. Buoi and Mr. Owens.
25           MS. QUEENIN:  Understood, Your Honor.  I guess just
```

8

SEALED TRANSCRIPT

1  for the court's background, the only other thing I wanted to
2  note before we exit the hearing, which I have no issue with, is
3  this case has been pending since I believe June of 2020 and
4  this is -- Mr. Owens is Mr. Buoi's second counsel in the matter
5  thus far. So I just wanted to make sure the court was aware of
6  that. Otherwise we will exit the hearing and wait to discuss
7  with Judge Saylor later today.
8         THE COURT: Okay. Great. Thank you.
9         (Ms. Queenin and Ms. Sentilles left the hearing.)
10        THE COURT: All right. Ms. Silva, this can remain on
11  the record but I think I will seal this portion of the record
12  so that counsel and Mr. Buoi can speak candidly.
13
14        SEALED PORTION OF HEARING AS FOLLOWS:
15        THE COURT: Mr. Owens, why don't I just begin with
16  you. Do you want to give me a little sense of what's going on.
17  I don't have anything more from Judge Saylor than it was
18  referred for this issue.
19        MR. OWENS: Certainly, Your Honor. Thank you for your
20  time this afternoon.
21        The issue, as I see it, I was preparing for trial. I
22  had a meeting last week -- excuse me, the week before with
23  Mr. Buoi and he indicated to me he was going to hire another
24  lawyer. So I told him about the trial setting, how close we
25  are, and I told him it was -- because of the time frame on

SEALED TRANSCRIPT                                                9

```
 1   this, it would be in his best interests to immediately -- or
 2   notify as soon as possible the court about who the next lawyer
 3   would be.
 4          Mr. Buoi does not -- this is my understanding -- does
 5   not yet have a lawyer retained and wasn't able to give me a
 6   name.  So the reason for this was I just wanted to apprise the
 7   court that he is actively seeking other counsel.  It's my
 8   understanding that he has not yet hired another lawyer, but he
 9   told me it would happen by the end of December.  I told him
10   that presents significant scheduling issues with Judge Saylor,
11   as well as whatever other magistrate judge hears this case, or
12   would hear these motions.  That is my understanding.
13          So I thought it would be best if we had a hearing just
14   to apprise the judge of what's going on.  That's my most recent
15   understanding of Mr. Buoi's position.
16          THE COURT:  Okay.  Thank you.
17          MR. OWENS:  You're welcome.
18          THE COURT:  Mr. Buoi, why don't I hear from you.  And
19   perhaps I could just preface it with the following: I looked at
20   the docket.  You have a -- your case is going to trial on
21   February 1.  I'm not weighing in on the issue of new counsel,
22   but any new attorney is going to be at a very significant
23   disadvantage if they begin your representation even at the end
24   of this month and have only a month to prepare for trial.
25          I remember this case.  I don't know that you remember
```

SEALED TRANSCRIPT

10

```
 1  me, but you had appeared in front of me when you were first
 2  arrested.
 3          THE DEFENDANT:  Right.
 4          THE COURT:  So I have some familiarity with the
 5  charges and I know that they are very serious.  I will say,
 6  and, again, I don't say this as a way of trying to influence
 7  anything you do, but I have had during status conferences some
 8  dealings with Mr. Owens.  He seems very experienced and
 9  extremely competent.  I guess I'd like to hear from you what
10  you want to do here.
11          THE DEFENDANT:  Right.  Thank you so much, Your Honor.
12          Actually, as you put it about Mr. Bryan -- or Attorney
13  Bryan, his credentials or his stature as you put it, nothing
14  could question that.  So I'm in agreement with you about his
15  experience and what he can do in the case.
16          But the paradox in this case to why we are making this
17  move is what has surprised us as a family, me plus many others
18  in this scenario.  Number one, when Mr. Bryan became part of
19  this process, he directly sent us a message and he said, I can
20  represent you.  And we met in September last year and we went
21  through everything.  And he said this is what I can handle.
22  This is what I've been doing.  And we were fine as a family for
23  that case.
24          So we know this is not -- again, it is my side.  I'm
25  not saying anything, but it is my side that this case has been
```

SEALED TRANSCRIPT

11

```
 1   strange.  It's one of the strangest cases among the fraudulent
 2   cases that happened around PPP from a very wide margin.  Number
 3   one, I was not investigated by the FBI to understand what has
 4   gone wrong here like in other cases.
 5          So we were just surprised in the morning as a family,
 6   and we thought we were going to be killed, be shot dead because
 7   we don't know anything we have done wrong.  So we have gone
 8   through all of the cases.  All of them were investigated.  This
 9   case was not investigated.  Now, how can someone conclude
10   there's fraud without investigation and the ultimate use of
11   the -- the ultimate function of the FBI is to investigate.
12          So from the very beginning this is what we told
13   Mr. Bryan, this is where we have to look.  This case is not a
14   fraud.  I'm in my office, in my company.  This is a business, a
15   real business.  I'm an American citizen.  I'm here with my
16   family.  So a lot of missteps was done.  So I told him we have
17   to start from where things have gone wrong.  From that time
18   nothing was done.
19          So until May of this year, we had back and forth
20   trying to put light on where we should start.  Nothing was done
21   until May of this year.  We provided all the evidence, how
22   things were started, everything, including the communication
23   between the S.B.A. -- I mean the loan officer from Bank of
24   America, which is my lender or my household, company bank, and
25   show him, look, this is what was going on.
```

1    So from May, Your Honor, of this year until last week,
2    we never touched based with Mr. Bryan again. So we don't know
3    what happened. And after he went disappearing from May to this
4    time is almost seven months. We were wondering what happened.
5    We tried to reach out to him. We don't even know what
6    happened.
7        Now, when he -- and then when we tried to communicate
8    on the text, he sounded as if he was someone that doesn't know
9    me. If you can look at some of the messages. We started to
10   wonder what happened here.
11       There are things I'm not going to disclose now just to
12   make sure we don't jeopardize anything here, but a lot of
13   things happened to my company, to many things. So then from
14   there I realized Mr. Bryan, he does not understand what my
15   family has been through this storm, the pandemic, plus what has
16   been put -- what we have been put into. So because of that, we
17   are compelled to change. The family wants that. Mr. Bryan has
18   never sat down with my family to look at my daughters and my
19   sons of what we have been going through. This is my first
20   experience in my life to be in this situation.
21       And then there are many things. I requested to go and
22   meet my client because the government of Sudan requested my
23   company to support it. That's my country of origin. So I
24   requested for going and come back because everything was
25   pending. I was told if you are not here, there's nothing we

Case 1:24-cv-13133-FDS   Document 1-2   Filed 12/20/24   Page 14 of 18
Case: 22-1518   Document: 00117946912   Page: 94   Date Filed: 11/22/2022   Entry ID: 6534025

SEALED TRANSCRIPT

13

```
 1   can do. Make a request so that they can arrange for you to
 2   come because other places are different. That never happened.
 3           So it became very disastrous in the process and that's
 4   why we feel that the justice that we're seeking will be
 5   compromised here and we're looking forward to making sure
 6   justice is served in this case. So that is why we are making
 7   this move now.
 8           So it is not our fault. Had we been in contact with
 9   Mr. Bryan from June, July, August, September, October, November
10   and giving us information about what was going on because we
11   never had what is going on in my case, the status conference,
12   no update, so this is why we are making this move.
13           I know it is really risky for you guys. You have done
14   enough of your work but look at the justice on our side. So we
15   demand a fair trial and also fair planning. So that's what
16   happened here.
17           THE COURT: Okay. Just understand that the trial date
18   may not get moved at all and whoever follows Mr. Owens as your
19   lawyer is really going to be under enormous pressure to
20   represent you. They're going to have to learn the case and do
21   all the things that you were just mentioning that you wanted
22   Mr. Owens to do that you say were not done.
23           This is what I think I'd like to do: I'd like to
24   communicate to Judge Saylor's session that you are not
25   satisfied with Mr. Owens's representation and you want to get
```

SEALED TRANSCRIPT                                                              14

```
 1   new counsel.  Mr. Owens, I will ask you to stay on just until
 2   successor counsel is brought in.  Mr. Buoi, I would urge you to
 3   do that as fast as you can.  I take it you are hiring your own
 4   lawyer; is that correct?
 5           THE DEFENDANT:  I'm trying.  That's what I'm trying to
 6   do.  Also --
 7           THE COURT:  Let me just --
 8           THE DEFENDANT:  I have no doubt as well of me and my
 9   family to present ourselves.  It's a very straightforward case
10   here.  We have not any panic with the case.  It's only that I
11   want to be allowed to do that, but actually in any situation,
12   even if we don't have -- the only thing that I don't want to
13   have in this situation is someone that came in to do the work,
14   never done the work.  We don't need that.  We look at the case,
15   it's going to be not in the best interests.
16           THE COURT:  What I'm trying to clarify, Mr. Buoi, is
17   you are not asking the court to appoint counsel to represent
18   you; you're hiring a new attorney?
19           THE DEFENDANT:  Yes, we are hiring.  Yes, we are
20   hiring.
21           THE COURT:  All right.  That's fine.  I will let Judge
22   Saylor's session know only that you are in the process of
23   hiring new counsel and I'll ask Mr. Owens to stay on until you
24   have new counsel.
25           Mr. Owens, if you can just organize the file.  I'm
```

Case 1:24-cv-13133-FDS   Document 1-2   Filed 12/20/24   Page 16 of 18
Case: 22-1518   Document: 00117946912   Page: 96   Date Filed: 11/22/2022   Entry ID: 6534025

15

SEALED TRANSCRIPT

1   sure it's in good shape anyway, but just organize it so it can
2   be transferred to new counsel and then, Mr. Buoi, as quickly as
3   you can get counsel it's going to be in your interests to do
4   so. That's all I'll communicate to Judge Saylor. Not more
5   than that. I won't get into specifics.
6        MR. OWENS: Your Honor, may I just briefly. I dispute
7   a lot of those. There is a confirmed email trail which
8   disputes the fact that I was not in communication.
9        I think the difference of him not doing -- the
10  allegation that I'm not doing the things that he wanted are a
11  difference in opinion about how the case should be defended,
12  the basis for the defense. I don't want to be more specific
13  than that. But there's been a significant difference in
14  opinion about the nature of the defense which should be put
15  forward, Your Honor. But I can document over nearly 70, 75
16  hours working on this file. I've never stopped working on it.
17  Your Honor, I will continue to work this file until I hear
18  differently. If the court wants me to go to trial on February
19  1, I will defend Mr. Buoi to the best of my ability. I'll go
20  in there swinging through the fences for him and I'll fight for
21  him like a cornered Wolverine. So I'll leave it to the Court's
22  judgment at this point, Your Honor.
23       THE COURT: Thank you for mentioning all of that.
24       I know you have a status conference before Judge
25  Saylor at 3:00. So Mr. Buoi, Mr. Owens will be there until you

SEALED TRANSCRIPT                                                              16

```
 1  have new counsel so that you're not appearing without counsel.
 2  But, again, if you --
 3          THE DEFENDANT:  That's fine.  That's okay.  There's
 4  not anything personal.  I like Mr. Bryan.  He's a great guy.
 5  But our differences come to the execution of this.
 6          THE COURT:  Okay.  All right.  Thank you both.  We are
 7  in recess.
 8          MR. OWENS:  Thank you, Judge.  Thank you, Mr. Buoi.
 9          THE DEFENDANT:  Thank you.
10          THE CLERK:  Court is in recess.
11  (Proceedings adjourned at 2:35 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SEALED TRANSCRIPT

**JA93**

SEALED TRANSCRIPT                                                    17

1                    C E R T I F I C A T E

4    UNITED STATES DISTRICT COURT )
5    DISTRICT OF MASSACHUSETTS    )

8          I certify that the foregoing is a correct transcript
9    from the record of proceedings taken December 13, 2021 in the
10   above-entitled matter to the best of my skill and ability.

15   /s/ Kathleen Mullen Silva                      8/19/22

17   Kathleen Mullen Silva, RPR, CRR                Date
     Official Court Reporter

SEALED TRANSCRIPT