# EXHIBIT D

1

```
 1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MASSACHUSETTS
 2

 3

 4    UNITED STATES OF AMERICA,        )
                                       )
 5    vs.                              )  Criminal Action
                                       )
 6    ELIJAH MAJAK BUOI,               )  No. 20-10130-FDS
                       Defendant       )
 7                                     )
                                       )
 8                                     )

 9

10    BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV

11

12              STATUS CONFERENCE CONDUCTED BY ZOOM

13        John Joseph Moakley United States Courthouse
                       Courtroom No. 10
14                     1 Courthouse Way
                       Boston, MA 02210
15
                       February 8, 2022
16                        2:00 p.m.

17

18

19

20

21

22

23              Valerie A. O'Hara
              Official Court Reporter
24    John Joseph Moakley United States Courthouse
                   1 Courthouse Way
25                 Boston, MA 02210
              E-mail: vaohara@gmail.com
```

JA113

2

1    APPEARANCES VIA ZOOM:

2    For The United States:

3         United States Attorney's Office, by MACKENZIE A. QUEENIN,
     ASSISTANT UNITED STATES ATTORNEY, DELLA SENTILLES, ASSISTANT
4    UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200, Boston,
     Massachusetts 02110;

5
     For the Defendant:
6
          BRYAN PATRICK OWENS, ESQ., 405 Main Street, Suite 700,
7    Houston, Texas 77002.

8
     ALSO PRESENT:  Elijah Buoi
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                          PROCEEDINGS
 2              THE CLERK:  Court is now in session in the matter
 3    of United States vs. Elijah Buoi, Matter Number 20-10130.
 4              Participants are reminded that photographing,
 5    recording or rebroadcasting of this hearing is prohibited
 6    and may result in sanctions.
 7              Would counsel please identify themselves for the
 8    record, starting with the government.
 9              MS. QUEENIN:  Good afternoon, your Honor,
02:01PM 10   MacKenzie Queenin and Della Sentilles on behalf of the
11   United States.
12              THE COURT:  Good afternoon.
13              MR. OWENS:  Good afternoon, Bryan Owens
14   representing Elijah Buoi.
15              THE COURT:  Good afternoon.  This is a conference
16   called in response to the government's emergency motion.
17   The government has essentially suggested that their
18   understanding is that the defendant is contemplating
19   representing himself at the trial, and since the trial is
02:01PM 20   supposed to start I think two weeks from today, we need to
21   or I need to find out what's going on.  Mr. Owens.
22              MR. OWENS:  Yes, your Honor.  I was informed of
23   that by Mr. Buoi the day before yesterday, no, yesterday,
24   I'm sorry.  He said -- I first got a call from
25   David Grimaldi, who told me that he had been approached by
```

**JA115**

4

1      Mr. Buoi about representing him in this matter, and
2      Mr. Grimaldi asked me if the court date was tentative, and I
3      said no, it's anything but, it's hard set.

4            So then I spoke with Mr. Buoi, and just for the
5      purposes of this hearing, I'm going to just divulge what he
6      said to me about representation, he's going to either bring
7      on a new lawyer or if the Court doesn't allow him to, he
8      would like to represent himself, and I think the basis for
9      this, your Honor, is a real profound disagreement with how
02:02PM 10     the case should be defended and just it involves one of the
11     matters raised in the government's motion in limine, the
12     third group of, excuse me, the third category of evidence
13     that the government sought to exclude, so Mr. Buoi has
14     asked --

15            THE COURT:  I was going to say I don't want you to
16     get into too much of this.  Maybe we've sort of gone far
17     enough.  I'm sorry, go ahead.

18            MR. OWENS:  Understood.  Mr. Buoi would like to
19     address your Honor.

02:03PM 20     THE COURT:  Okay.  Mr. Buoi.  Mr. Buoi, you're
21     mooted but I'd like to hear what you expect to do.

22            THE DEFENDANT:  Yes.  I unmooted myself.  Thank
23     you so much, your Honor.  The issue here, as my attorney,
24     Bryan Owens, has raised here is not about what he just
25     mentioned about how the case is to be presented, it's

5

1    something that we felt concerned based on what happened in

2    May.  If I can tell you that the December, the 18th, in

3    which we met was the first time to have Mr. Bryan contacts

4    since May, so from May to December, Mr. Bryan was not able

5    to be reached by us from the time, so we don't know, and we

6    were surprised when we met on the December date that the

7    trial has been set.

8              So looking into almost seven months, and then we

9    are going to a trial date and all whatever we were to put

02:04PM 10   together was in jeopardy.  We realized something was

11   strained here, so it's not about the case, not about

12   anything, it's just about the fairness and doing something

13   in a very coherent way because that's why we came up with

14   that.

15             It's not about the motion, it's just about

16   thinking about this, someone that is representing us or my

17   business and my family for disappearing mysteriously for

18   almost seven months.  It's quite shocking.

19             So to make things look more fair, we have someone

02:05PM 20   that can come in by the 18th of this month, and thus we

21   discussed, and thus what came up, he sent me the message

22   about whether I can represent myself.  I said, well, we have

23   someone.  If there is no way that someone can come in, then

24   it's better for me to move ahead and represent myself for

25   the case, so that's the way things come about.

6

1              THE COURT:  So do I understand that David Grimaldi

2       is prepared to take over your defense?

3              THE DEFENDANT:  Yes.

4              THE COURT:  But he will only do so if the trial is

5       moved?

6              THE DEFENDANT:  Yes, that's pretty much.

7              THE COURT:  All right.  Here's what I want to do.

8       I am not at all eager to move this trial, but before I do

9       that, what I'm going to do is this.  I'm going to refer this

02:06PM 10      matter to Magistrate Judge Hennessy for exploration of this

11      issue.

12             One of the problems here is I don't want to get

13      into an attorney-client relationship or to try to really get

14      involved at all in that relation.  I'm going to be the Judge

15      presiding over the trial.  The Magistrate Judge might be

16      able to come up with a different possible solution, maybe

17      not, but it requires some exploration and some frank talk,

18      maybe even a mediation.  I don't want to do that, I want to

19      have him do that.  I'm going to refer it.

02:07PM 20             THE DEFENDANT:  Okay.

21             THE COURT:  Right now I'm not going to change the

22      trial date.  I'm going to see what the Magistrate Judge has

23      to say, I'm going to let him explore the issue, and then I'm

24      going to see what my choices are.  If you do decide to

25      represent yourself, I will tell you it's a very bad idea.  I

7

```
         1    don't understand that you're a lawyer or that you have any
         2    legal training.  It makes it more likely that you will not
         3    be acquitted, more likely that you will get a longer
         4    sentence without a trained advocate advocating on your
         5    behalf.
         6              I assume you don't know or understand the rules of
         7    evidence or the Rules of Criminal Procedure.  This is a
         8    complicated affair to defend someone in a criminal case.
         9    That requires training and experience, and a trained lawyer
02:08PM 10    would defend you far better than you could defend yourself
        11    basically because you're not going to know what you're
        12    doing, but we don't have to make that decision now, and as
        13    an interim step, I'm going to get on the phone and try to
        14    get ahold of Magistrate Judge Hennessy immediately, see how
        15    quickly he can set up a Zoom conferences with you or maybe
        16    with you and Mr. Grimaldi or maybe more than one Zoom
        17    conference, and then I want to circle back as quickly as we
        18    can, it may be tomorrow once he's had an opportunity to try
        19    to explore these issues and then I'll see what my choices
02:09PM 20    are, all right?
        21              But I do have to tell you it's a bad idea to
        22    represent yourself.  You're not familiar with the rules, all
        23    the requirements, and I can't do anything to help you, and
        24    I'm confident that either Mr. Owens or Mr. Grimaldi would do
        25    a much better job representing you than you would
```

8

```
 1   representing yourself, but, again, let's see if it's going
 2   to come to that or not.
 3              THE DEFENDANT:  Okay.
 4              THE COURT:  In the meantime, again, this case,
 5   it's been under indictment for a while.  It's set for trial
 6   in two weeks.  I make no promises.  I've made no decisions.
 7   You should expect that the case is going to go in two weeks
 8   unless I decide to move it, and I do not promise to move it.
 9              MS. QUEENIN:  Your Honor, may the government be
```
02:10PM 10   heard briefly?
```
11              THE COURT:  Yes, Ms. Queenin.
12              MS. QUEENIN:  I expect the Court knows the
13   government's position.  We take no position with respect to
14   what Mr. Buoi should or not do with respect to his counsel.
15   I will note for the Court that the attorneys for the
16   government have back to back trials scheduled essentially
17   through July.  The witnesses --
18              THE COURT:  As do I.
19              MS. QUEENIN:  As does the Court and the witnesses
```
02:10PM 20   in this case, specifically the SBA witnesses, are being used
```
21   nationally for these types of cases.
22              The reason the government pressed for the 2-22
23   trial date was because after March 1st, the flood gates
24   really open in terms of their schedules as well.  These
25   witnesses are scheduled to travel as early as next week to
```

9

1    come to Boston to prepare for trial. The government

2    obviously opposes any continuance of the date.

3                THE COURT: Understood. All right. I want to

4    stand in recess. I'm going to try to get ahold of the

5    magistrate judge, if I can't get ahold of him or he's busy,

6    I may find someone to handle it on an emergency basis to see

7    what, if anything, can be done, and we will reconvene as

8    quickly as we can, again, if not later today, which is

9    probably unrealistic, then I hope tomorrow given the time

02:11PM 10    time frames. Okay.

11                THE DEFENDANT: Okay.

12                THE COURT: Thank you.

13                (Whereupon, the hearing was adjourned at

14    10:33 a.m.)

15

16

17

18

19

20

21

22

23

24

25

**JA121**

10

1                           C E R T I F I C A T E

2

3       UNITED STATES DISTRICT COURT )

4       DISTRICT OF MASSACHUSETTS ) ss.

5       CITY OF BOSTON )

6

7               I do hereby certify that the foregoing transcript,

8       Pages 1 through 10 inclusive, was recorded by me

9       stenographically at the time and place aforesaid in Criminal

10      Action No. 20-10130-FDS, UNITED STATES of AMERICA VS. ELIJAH

11      BUOI and thereafter by me reduced to typewriting and is a true

12      and accurate record of the proceedings.

13              Dated this July 18, 2022.

14                              s/s Valerie A. O'Hara

15                              _____

16                              VALERIE A. O'HARA

17                              OFFICIAL COURT REPORTER

18

19

20

21

22

23

24

25